JUDGE CEDARBAUM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH COLE PRODUCTIONS, INC. and
JEFFREY TODD JACKSON,

Plaintiff

-v-

PERRY ELLIS INTERNATIONAL, INC.

Defendant

07 CV 3925

Case No.

Rule 7.1 Statement

MAY 18 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Plaintiffs____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 5-18-07

_____
Signature of Attorney

Attorney Bar Code: RG-8037

Form Rule7_1.pdf