AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_Southern_ DISTRICT OF _New York_

KENNETH COLE PRODUCTIONS, INC.
and JEFFREY TODD JACKSON,
    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv3925 (MGC)

v.

PERRY ELLIS INTERNATIONAL, INC.,
    Defendant.

**TO:** (Name and address of Defendant)

Perry Ellis International, Inc.
1114 Avenue of the Americas
New York, NY

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

Peter L. Altieri, Esq.
Robert D. Goldstein, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY  10177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

MAY 1 8 2007

CLERK                             DATE

_/s/ Marios Quintero_

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on _____       _____
            Date                          Signature of Server

                                          _____
                                          Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.