## VERIFIED RETURN OF SERVICE

| State of Florida | County of Dade | United States District Court |
|---|---|---|

Case Number: 07CV3925 (MGC)

Plaintiff:
**KENNETH COLE PRODUCTIONS, INC. AND JEFFREY TODD JACKSON**

vs.

Defendant:
**PERRY ELLIS INTERNATIONAL, INC.**

For:
EPSTEIN, BECKER & GREEN, P.C.
200 S. Biscayne Blvd.
Suite 2100
Miami, FL 33131

Received by SERVICE OF PROCESS, INC. on the 14th day of June, 2007 at 12:00 pm to be served on **PERRY ELLIS INTERNATIONAL, INC. BY SERVING: B+C CORPORATE SERVICES, INC. @ ONE BISCAYNE TOWER, 21ST FLOOR, 2 S. BISCAYNE BLVD., MIAMI, FL 33131.**

I, RAFAEL GONZALEZ, do hereby affirm that on the **14th day of June, 2007 at 4:05 pm**, I:

By **Corporate Service** Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET WITH ATTACHMENTS** with the date and hour of service endorsed thereon by me to GISELA FASCO as VICE PRESIDENT of the within named corporation pursuant to FS 48.081.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, F.S. 92.525 Verification of documents.

RAFAEL GONZALEZ
Certified P.S. #1250

SERVICE OF PROCESS, INC.
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: 2007001807
Ref: 50656-005