(CEDARBAUM, J.

Peter L. Altieri, Esq. (PL 0056)
Robert D. Goldstein, Esq. (RG 8037)
Attorney for Plaintiffs
250 Park Avenue
New York, New York 10177
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
KENNETH COLE PRODUCTIONS, INC. and
JEFFREY TODD JACKSON,

                     Plaintiffs,

       - against -

PERRY ELLIS INTERNATIONAL, INC.,

                     Defendant.
------------------------------------------------ x

DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P.
41(a)(1)

Case No. 1:07-CV-03925-MGC

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/31/07]

      PLEASE TAKE NOTICE THAT Plaintiffs, KENNETH COLE PRODUCTIONS, INC. and JEFFREY TODD JACKSON, through their undersigned counsel, hereby dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice, in its entirety with each party to bear its own attorney's fees and costs.

      Dated: New York, New York
      July 30, 2007

                                            */s/ Robert D. Goldstein*
                                      Peter L. Altieri (PL 0056)
                                      Robert D. Goldstein (RG 8037)
                                      EPSTEIN BECKER & GREEN, P.C.
                                      250 Park Avenue
                                      New York, New York 10177
                                      (212) 351-4500

SO ORDERED:

S/ _____
    U.S.D.J.  July 31, 2007